UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER L. WILSON-GRIFFITH,

                                                            CASE NO.: 8:16-cv-02386-SDM-TBM

      Plaintiff,

v.

COMENITY BANK, d/b/a DRESS BARN
CREDIT CARD,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby files this Notice of Pending Settlement.  By submission of this Notice, submitting counsel represents that this matter has settled in principle subject to final documentation.

Dated:  November 22, 2016        Respectfully Submitted,

                **CENTRONE & SHRADER, PLLC**
                612 W. Bay Street
                Tampa, Florida 33606
                Phone:  (813) 360-1529
                Fax:    (813) 336-0832

                /s/ Brian L. Shrader

                **BRIAN L. SHRADER, ESQ.**
                Florida Bar No. 57251
                e-mail: bshrader@centroneshrader.com
                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2016, I presented a true and correct copy of

the foregoing to the Clerk of the United States District Court for the Middle District of Florida for

filing and uploading to the CM/ECF system.

        _/s/ Brian L. Shrader_____
        Attorney